UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Exigent Landscaping, LLC,            Case No. 23-46912-TJT
                                                                Chapter 7
                       Debtor.                          Hon. Thomas J. Tucker
_____/
Mark H. Shapiro, Trustee,

                       Plaintiff,
v.                                                               Adversary Proc. 24-04445

SCP Distributors, LLC,

                       Defendant.
_____/

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, I served copies as follows:

Document Served:     Plaintiff's Initial Disclosures

Served Upon:         SCP Distributors, LLC
                                c/o Scott R. Cheatham, Esq.
                                Adams and Reese LLP
                                701 Poydras St., Suite 4500
                                New Orleans, LA 70139
                                scott.cheatham@arlaw.com

Service Method:      Email

                                                 <u>/s/ Christine T. Leach, Legal Assistant</u>
                                                 Steinberg Shapiro & Clark
                                                 Attorneys for Trustee
                                                 25925 Telegraph Rd., Suite 203
                                                 Southfield, MI 48033
                                                 (248) 352-4700
                                                 cleach@steinbergshapiro.com